UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| Mabel J. Heredia, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| Plaintiff | ) Case No.: 1:17-cv-00284-WCG<br>) |
| v. | )<br>) |
| Capital Management Services, L.P., | )<br>) |
| Defendant. | ) |

## DECLARATION OF DOROTHY SUE MERRYMAN

I, Dorothy Sue Merryman, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. I have personal knowledge of the facts stated in this declaration and can competently testify to the same.

2. I am a Project Manager for Class-Settlement.com ("Class-Settlement").

3. Class-Settlement provides claims administration services, including class notification and distribution services.

4. At the request of Plaintiff's counsel, I coordinated the distribution of the Class Notice in this matter and have knowledge of what work was performed.

5. Attached as Exhibit 1 is a copy of the Class Notice that Counsel provided to me.

6. Counsel also provided to me a list of 350 class member names, account numbers, and addresses.

7. After conferring with Counsel, I removed five duplicate records from the list.

8. Counsel requested that I send <u>Exhibit 1</u> to the 345 remaining unique records on the list by U.S. Mail after comparing the list against the U.S. Postal Service's National Change of Address (NCOA) database.

9. On April 3, 2020, I caused <u>Exhibit 1</u> to be sent by U.S. Mail to the 345 unique Members on the Class List.

10. As of June 17, 2020, 73 Notices were returned as undeliverable. A total of 46 of the returned items contained forwarding information, or we were otherwise able to obtain additional address information, and those items were remailed.

11. As of June 17, 2020, Class-Settlement received no requests to opt out of the settlement and no objections to the settlement.

Executed on: *June 17, 2020*

*Dorothy Sue Merryman*
Dorothy Sue Merryman